State of New York
Supreme Court, Appellate Division
Third Judicial Department

Decided and Entered: December 15, 2016 522678
_____

In the Matter of LESTER RUFUS,
                    Petitioner,

            v                                          MEMORANDUM AND JUDGMENT

ANTHONY ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                    Respondent.
_____

Calendar Date: October 25, 2016

Before: Peters, P.J., McCarthy, Egan Jr., Clark and Aarons, JJ.

_____

        Lester Rufus, Stormsville, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

        Petitioner commenced this CPLR article 78 proceeding to challenge a tier III determination finding him guilty of violating certain prison disciplinary rules. The Attorney General has advised this Court that the determination has since been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account. Given that petitioner has received all of the relief to which he is entitled, the petition must be dismissed as moot (see Matter of James v Prack, 137 AD3d 1390, 1391 [2016]). Contrary to his

request, petitioner is not entitled to be restored to the status he enjoyed prior to the disciplinary determination (see Matter of West v Annucci, 134 AD3d 1379, 1380 [2015]).

Peters, P.J., McCarthy, Egan Jr., Clark and Aarons, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court